NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YONG FANG LIN,

        Plaintiff,

v.

TSURU OF BERNARDS, LLC and CHIA MAO LIU,

        Defendants.

Civ. No. 10-2400

JUDGMENT

THOMPSON, U.S.D.J.

    WHEREAS, a trial having been held on April 12, 13 and 14, 2011; and at the close of the evidence, the jury having rendered a verdict on April 14, 2011 in favor of Plaintiff and against Defendants; and the matter having come before Hon. Anne E. Thompson, U.S.D.J. for determination of damages; and the Court, on April 27, 2011 having rendered its Order entering judgment in favor of the Plaintiff and against the Defendants, Tsuru of Bernards, LLC and Chia Mao Liu, jointly and severally, on the Plaintiff's FLSA claims in the amount of $9,466.28;

    WHEREAS, the matter having come before Hon. Anne E. Thompson, U.S.D.J. for determination of the Plaintiff's motion for attorney's fees; on July 8, 2011 the Court having rendered its Order awarding Plaintiff $41,348.24 in attorney's fees and costs and ordering that the case be closed; it is therefore

2

ORDERED, ADJUDGED, and DECREED: That for the reasons stated in the Court's Orders dated April 27, 2011 and July 8, 2011, judgment is entered in favor of the Plaintiff and against the Defendants Tsuru of Bernards, LLC and Chia Mao Liu, jointly and severally, in the amount of $9,466.28, together with an award of attorney's fees and costs in the amount of $41,349.24, for a total sum of $50, 815.52.

      /s/ Anne E. Thompson
      ANNE E. THOMPSON, U.S.D.J.

Date: August 15, 2012